842 F.2d 238
 NORTHWEST COALITION FOR ALTERNATIVES TO PESTICIDES (NCAP),
et al.; Oregon Environmental Council (OEC);
Audubon Society of Portland, Plaintiffs-Appellants,
v.
Richard E. LYNG, Secretary United States Department of
Agriculture; James G. Watt, Secretary United States
Department of the Interior, and all employees over whom he
exercises authority; William Ruckelshaus, Secretary United
States Environmental Protection Agency and all employees
over whom he exercises authority, Defendants-Appellees,
Oregonians For Food and Shelter, Inc., Defendant-Intervenor-Appellee.
 No. 87-4394.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted March 8, 1988.
Decided March 23, 1988.
 
 Ralph A. Bradley, Bradley & Gordon, Eugene, Or., for plaintiffs-appellants.
 Kathleen P. Dewey, Dept. of Justice, Washington, D.C., for defendants-appellees.
 John DiLorenzo, Jr., Moshofsky, DiLorenzo & Dietz, Portland, Or., for defendant-intervenor-appellee.
 Appeal from the United States District Court for the District of Oregon, James M. Burns, District Judge, Presiding.
 Before GOODWIN, NELSON and LEAVY, Circuit Judges.
 
 ORDER
 
 1
 The emergency motion for injunction is DENIED.
 
 
 2
 An opinion will be forthcoming.